■ PHILIP D. RUPERT, JR., Appellant, v GATES & ADAMS, P.C., et al., Respondents. (Appeal No. 1.) [945 NYS2d 894]—Appeal from an order of the Supreme Court, Monroe County (James P. Murphy, J.), entered July 20, 2011. The order, inter alia, granted the motion of defendants for leave to serve an amended answer.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Ciesinski v Town of Aurora*, 202 AD2d 984 [1994]). Present—Smith, J.P., Fahey, Peradotto, Sconiers and Martoche, JJ.

■ PHILIP D. RUPERT, JR., Appellant, v GATES & ADAMS, P.C., et al., Respondents. (Appeal No. 2.) [945 NYS2d 587]—Appeal from an order of the Supreme Court, Monroe County (James P. Murphy, J.), entered October 5, 2011. The order granted the motion of defendants for summary judgment and dismissed the amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Martoche, JJ.